UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY FINE FOODS COMPANY, INC., <br><br>Plaintiff,<br><br>v.<br><br>BUONA VITA, INC.,<br><br>Defendant. | No.  2:13-cv-1356 CKD <br><br><br>ORDER |

The parties have requested modification of the scheduling order in order to allow further time for discovery.  Upon review of the stipulation, and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (ECF No. 10) is amended as follows:

1. Non-expert discovery shall be completed by July 8, 2015.

2. Plaintiff's expert disclosures shall be made no later than July 24, 2015.

3. Defendant's expert disclosures shall be made no later than August 5, 2015.

4. Rebuttal expert disclosures shall be made no later than August 13, 2015.

5. Expert discovery shall be completed by September 11, 2015.

6. All pretrial motions, except motions to compel discovery, shall be completed by September 30, 2015.

/////

1

7. Pretrial conference is set for November 4, 2015 at 11:00 a.m. in courtroom no. 24 before the undersigned.

8. This matter is set for jury trial on January 11, 2016 in courtroom no. 24 before the undersigned.

Dated: January 27, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 valleyfinefoods.amd.sch