Michael C. Robinson (Bar No. 120308)
mrobinson@rdwlaw.com
George K. Rosenstock (Bar No .117515)
grosenstock@rdwlaw.com
ROBINSON  DI LANDO
800 Wilshire Boulevard, Suite 750
Los Angeles, California 90017-2687
Telephone (213) 229-0100
Facsimile: (213) 229-0101

Attorneys for Plaintiff
VALLEY FINE FOODS COMPANY, INC

Todd A. Jones (Bar No. 198024)
tjones@archernorris.com
Chad D. Greeson (Bar No. 251928)
cgreeson@archernorris.com
ARCHER NORRIS
301 University Avenue, Suite 110
Sacramento, CA  95825-5537
Telephone:  916.646.2480
Facsimile:   916.646.5696

Attorneys for Defendant
BUONA VITA, INC., a New Jersey
corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY FINE FOODS COMPANY, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUONA VITA, INC., a New Jersey corporation and DOES 1 through 10,<br><br>Defendants. | Case No.  2:13-CV-01356-CKD<br><br>STIPULATION TO AMEND THE SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINES ONLY; DECLARATION OF MICHAEL C. ROBINSON AND ORDER<br><br>Removal Date:     July 8, 2013<br>Trial Date:            January 11, 2016<br>Magistrate Judge: Carolyn K. Delaney |

This Stipulation to modify only discovery deadlines set forth in the Court's

Second Scheduling Order (Docket No. 16) as follows is made between Plaintiff

VALLEY FINE FOOD COMPANY, INC. (hereinafter "VALLEY") on the one

1  hand and Defendant BUONA VITA, INC. (hereinafter "BV") on the other hand
2  (Plaintiff and Defendant hereinafter collectively referred to as the "PARTIES")
3  with respect to the following recital of fact:

**RECITALS**:

5  1. The discovery cutoff for non-expert discovery is now set for July 8, 2015,
6     based upon the Revised Court's Scheduling Order dated January 27, 2015
7     (Docket No. 16).
8  2. The case is set for trial January 11, 2016 in courtroom No. 24 before
9     United States Magistrate Judge Carolyn K. Delaney
10 3. The Pre-Trial Conference is set for November 4, 2015 at 11:00 a.m. in
11    courtroom No. 24 before United States Magistrate Judge Carolyn K.
12    Delaney.
13 4. The PARTIES have met and conferred over depositions of Parties, party-
14    affiliated witnesses and third-party witnesses and it appears that due to the
15    location of various witnesses and their status as former employees, as well
16    as the location of various third-party fact witnesses in the Mid-West, it
17    will be impossible to conduct all necessary depositions before the non-
18    expert discovery cutoff, currently set for July 8, 2015 (See Declaration of
19    Michael C. Robinson, ¶ 2. filed herewith and incorporated by reference
20    herein.)
21 5. Plaintiff is in negotiation with Defendant to arrange for key/employee
22    party affiliates witnesses located in and around New Jersey, as well as
23    multiple categories of Persons Most Knowledgeable depositions of
24    Defendant BV, whose relevance has become apparent during the recent
25    completion of depositions of Plaintiff's officers and employees in Walnut
26    Creek, California.  This will require meetings between defense counsel
27    and the deponents in advance of any depositions to inquire as to the scope
28    of areas of responsibility regarding areas of testimony in the Rule 30(b)(6)

deposition and further negotiation to possibly consolidate witnesses as the persons most qualified in more than one area of responsibility.

6. The PARTIES have met and conferred and agree that it makes sense to request that the Court extend all discovery cutoff by 45 days, while maintaining other dates at the continued convenience to the Court's schedule, to allow sufficient discovery and trial preparation.

7. The PARTIES continue to discuss the potential for settlement discussion in advance of the Pre-Trial Conference date, but must complete non-expert discovery before settlement discussions can be fruitful.

8. The current case schedule and the proposed new dates are as follows:

    **July 8, 2015**: Non-Expert Discovery Completion Date (proposed new date: August 24, 2015);

    **July 24, 2015**: Plaintiff's Expert Disclosures Completed (proposed new date: September 7, 2015);

    **August 5, 2015**: Defendant's Expert Disclosures Completed (proposed new date: September 21, 2015);

    **August 13, 2015**: Rebuttal Expert Disclosures Completed (proposed new date: September 28, 2015);

    **September 11, 2015**: Expert discovery Completed (proposed new date: October 28, 2015);

All other dates to remain as set forth in the Court's Revised Scheduling Order.

**IT IS STIPULATED AND AGREED**:

1. The PARTIES respectfully request that the Court continue the dates as set forth above but to maintain all other dates previously set by the Court in the Revised Court Scheduling Order.

2. No PARTY will use this continuance as a basis for seeking a further continuance of any other pretrial deadline or the trial of this matter.

Dated: June 1, 2015                ROBINSON DI LANDO

By:     /S/
_____
Michael Robinson
George K. Rosenstock
Attorneys for Plaintiff, VALLEY FINE FOODS COMPANY, INC.

Dated: June 1, 2015                ARCHER NORRIS

By:     /S/
_____
Todd A. Jones
Attorneys for Defendant BUONA VITA, INC.

IT IS SO ORDERED.

Dated: June 5, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE