UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY FINE FOODS COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> BUONA VITA, INC., <br><br> Defendant. | No. 2:13-cv-1356 CKD <br><br> ORDER |

Pending before the court is defendant's motion to compel nonparty Safeway to comply with a subpoena duces tecum and requiring Safeway to designate a person most knowledgeable to testify on certain topics. The parties have filed a joint statement regarding the dispute. The subpoena at issue designates the place of compliance at a business address located in Walnut Creek, which is located in Contra Costa County, part of the Northern District of California. Defendant's motion was therefore improperly noticed in the Eastern District of California. See Fed. R. Civ. P. 45(f). Accordingly, the motion will be denied.[1]

---

[1] The court notes that the discovery cut-off in this matter was extended to August 24, 2015, a date which has now passed. Defendant initially noticed the instant motion with insufficient time under Local Rule 251. To accommodate the parties, the court set hearing on the matter for August 26, 2015 and extended the discovery cut-off only for hearing on the instant motion. ECF No. 22. The parties then stipulated to continue the hearing to September 2, 2015. This action has
/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing date of September 2, 2015 is vacated;

2. Defendant's motion to compel (ECF No. 21) is denied;

3. The court declines to extend the discovery cut-off for any further hearing on discovery disputes related to subpoenas issued to nonparty Safeway; and

4. The Clerk of Court is directed to serve a copy of this order on the following:

> Theodore K. Bell
> Senior Corporate Counsel
> Albertsons Safeway
> Legal Division, Trial Group
> 5918 Stoneridge Mall Road
> Pleasanton, CA   94588-3229
>
> email: tad.bell@safeway.com
> tel:  (925) 467-2422

Dated:  August 25, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 valleyfinefoods1356.subp

---

been pending for over two years.  Absent a showing of good cause, the court declines to again extend the discovery cut-off.

2