1  Michael C. Robinson (Bar No. 120308)
   mrobinson@rdwlaw.com
2  George K. Rosenstock (Bar No .117515)
   grosenstock@rdwlaw.com
3  ROBINSON  DI LANDO
   800 Wilshire Boulevard, Suite 750
4  Los Angeles, California 90017-2687
   Telephone (213) 229-0100
5  Facsimile: (213) 229-0101

6  Attorneys for Plaintiff
   VALLEY FINE FOODS COMPANY, INC.
7
   Todd A. Jones (Bar No. 198024)
8  tjones@archernorris.com
   Chad D. Greeson (Bar No. 251928)
9  cgreeson@archernorris.com
   ARCHER NORRIS
10 301 University Avenue, Suite 110
   Sacramento, CA  95825-5537
11 Telephone:     916.646.2480
   Facsimile:     916.646.5696
12
   Attorneys for Defendant
13 BUONA VITA, INC., a New Jersey corporation

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17
   VALLEY FINE FOODS COMPANY,          Case No.  2:13-CV-01356-CKD
18 INC. a California corporation,
                                        STIPULATION AND ~~PROPOSED~~ ORDER TO
19               Plaintiff,             AMEND THE SCHEDULING ORDER AND
                                        CONTINUE THE DATE OF THE PRE-TRIAL
20 v.                                   CONFERENCE TO ALLOW TIME TO
                                        COMPLETE ADR
21 BUONA VITA, INC., a New Jersey
   corporation and DOES 1 through 10,
22                                      Removal Date:      July 8, 2013
                 Defendants.            Trial Date:        January 11, 2016
23                                      Magistrate Judge: Carolyn K. Delaney

24

25

26         THE PARTIES, by and through their counsel, hereby agree to extend the deadline for the

27 pre-trial conference by a period of 14 days or more to provide the PARTIES with additional time

28 to continue settlement negotiations and to complete private mediation.  This Stipulation is made

by and between Plaintiff VALLEY FINE FOOD COMPANY, INC. on the one hand and

Defendant BUONA VITA, INC. on the other hand (Plaintiff and Defendant hereinafter

collectively referred to as the "PARTIES") with respect to the following recitals of fact:

**RECITALS**:

1.      The case is set for trial on January 11, 2016 in courtroom No. 24 before United

States Magistrate Judge Carolyn K. Delaney

2.      The Pre-Trial Conference is set for November 4, 2015 at 11:00 a.m. in courtroom

No. 24 before United States Magistrate Judge Carolyn K. Delaney

3.      The PARTIES participated in private mediation with Judge Ellen James of JAMS

on June 26, 2015.  However, more time was/is needed to complete discovery in order to have

fruitful settlement negotiations.

4.      The PARTIES have stipulated and agreed to extend the deadline for the final Pre-

Trial Conference by 14 days, or to a date and time more than 14 days that is convenient to the

Court and counsel for the parties.  All other dates are to remain as set forth in the Court's Revised

Scheduling Order.

5.      IT IS STIPULATED AND AGREED:

6.      The PARTIES respectfully request that the Court continue the date for the Pre-

Trial Conference from November 4, 2015 at 11:00 a.m. in Courtroom No. 24 to November 18,

2015 at 11:00 a.m. in Courtroom No. 24 while maintaining all other dates previously set by the

Court in the Revised Court Scheduling Order.


[Signatures on the page that follows]

///

///

///

///

///

///

STIP TO AMND SCHEDULING ORDER &
CONTINUE PRE-TRIAL CONF.
2:13-CV-01356-CKD

1   Dated: September 8, 2015                    ROBINSON  DI LANDO

2

3                                              /S/Michael Robinson
                                    By:        _____
4                                              Michael Robinson
                                               George K. Rosenstock
5                                              Attorneys for Plaintiff, VALLEY FINE FOODS
                                               COMPANY, INC.
6

7   Dated: September 8, 2015                    ARCHER NORRIS

8
                                               /S/ Chad D. Greeson
9                                   By:        _____
                                               Todd A. Jones
10                                             Chad D. Greeson
                                               Attorneys for Defendant BUONA VITA, INC.
11

12  IT IS SO ORDERED

13  Dated:  September 14, 2015

14                                             _____
                                               CAROLYN K. DELANEY
15                                             UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28