UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY FINE FOODS COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> BUONA VITA, INC., <br><br> Defendant. | No.  2:13-cv-1356 CKD <br><br><br> ORDER |

The court has been advised that this matter has settled.  Dispositional documents shall be filed within sixty days.

All hearing dates currently set in this matter are hereby vacated.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

Dated: October 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 valleyfinefoods1356.dispo

1